| | For Court Use Only |
|---|---|
| **Attorney or Party without Attorney:** Reza Mirzaie (SBN 246953) RUSS AUGUST & KABAT 12424 Wilshire Boulevard, 12th Floor Los Angeles, CA 90025 *Telephone No:* 310-826-7474 | |

| *Attorney For:*  Plaintiff | *Ref. No. or File No.:* 4849-2 |
|---|---|

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS MARSHALL DIVISION

*Plaintiff:*   REDSTONE LOGICS LLC
*Defendant:*   SAMSUNG ELECTRONICS CO., LTD., et al.

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number: 2:23-cv-00485 |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Action; Complaint; Appearance of Counsel (Fenster); Appearance of Counsel (Conkle); Appearance of Counsel (Rubin); Appearance of Counsel (Ma); Plaintiff's Rule 7.1 Disclosure Statement; Report on the Filing or Determination of an Action Regarding a Patent or Trademark; Civil Cover Sheet

3.   *a.*  *Party served:*    SAMSUNG ELECTRONICS AMERICA, INC.
    *b.*  *Person served:*    Party served in 3a.

4. *Address where the party was served:*   85 Challenger Rd, Ridgefield Park, NJ 07660

5. *I served the party:*
   **a. by substituted service.**   On: Fri, Oct 20, 2023, at: 02:30 PM by leaving the copies with or in the presence of: "John Doe", Employee, Authorized to Accept, Asian American, Male, Age: 45, Hair: Black, Height: 5'10", Weight: 160

  (1)  ☐  **(Residence or Usual Place of Abode)** a person of suitable age and discretion who resides there.
  (2)  ☒  **(Company)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
  (3)  ☒  **(Declaration of Mailing)** is attached.
  (4)  ☐  **(Declaration of Diligence)** attached stating actions taken first to attempt personal service.



| Attorney or Party without Attorney:<br>Reza Mirzaie (SBN 246953)<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>Telephone No:   310-826-7474<br><br>Attorney For:   Plaintiff | For Court Use Only |
|---|---|
| Ref. No. or File No.:<br>4849-2 | |

| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS MARSHALL DIVISION |
|---|

| Plaintiff:   REDSTONE LOGICS LLC<br>Defendant:   SAMSUNG ELECTRONICS CO., LTD., et al. |
|---|

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:23-cv-00485 |
|---|---|---|---|---|

6. **Person Who Served Papers:**
   a. Luis Lopez
   b. **FIRST LEGAL**
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

    d. *The Fee* for Service was:   $316.60
    e. I am: Not A Registered California Process Server

7.   *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

        10/20/23
        (Date)                  (Signature)



| | For Court Use Only |
|---|---|
| Attorney or Party without Attorney:<br>Reza Mirzaie (SBN 246953)<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>Telephone No: 310-826-7474<br><br>Attorney For: Plaintiff<br>Ref. No. or File No.:<br>4849-2 | |

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS MARSHALL DIVISION

Plaintiff:   REDSTONE LOGICS LLC
Defendant:  SAMSUNG ELECTRONICS CO., LTD., et al.

| PROOF OF SERVICE<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:23-cv-00485 |
|---|---|---|---|---|

1. *I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.*

2. I served copies of the Summons in a Civil Action; Complaint; Appearance of Counsel (Fenster); Appearance of Counsel (Conkle); Appearance of Counsel (Rubin); Appearance of Counsel (Ma); Plaintiff's Rule 7.1 Disclosure Statement; Report on the Filing or Determination of an Action Regarding a Patent or Trademark; Civil Cover Sheet

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:
   a. Date of Mailing: Mon, Oct 23, 2023
   b. Place of Mailing: LOS ANGELES, CA 90026
   c. Addressed as follows: SAMSUNG ELECTRONICS AMERICA, INC.
      85 Challenger Rd, Ridgefield Park, NJ 07660

4. *I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Mon, Oct 23, 2023 in the ordinary course of business.*

Recoverable cost Per CCP 1033.5(a)(4)(B)

5. *Person Serving:*
   a. THOMAS TILCOCK
   **b. FIRST LEGAL**
      1517 W. Beverly Boulevard
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. *The Fee for Service was:*
   e. I am: Not a Registered California Process Server

6. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

| 10/23/2023 | |
|---|---|
| *(Date)* | *(Signature)* |



Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

**PROOF OF SERVICE
BY MAIL**

*9779781*
*(5482489)*