IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC<br><br>    Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO. LTD., and<br>SAMSUNG ELECTRONICS AMERICA,<br>INC.,<br><br>    Defendants. | Civil Action No. 2:23-cv-00485-JRG |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE, ANSWER OR
OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT AND
<u>WAIVER OF FOREIGN SERVICE REQUIREMENT</u>**

Samsung Electronics Company, Ltd. and Samsung Electronics America, Inc., Defendants herein, without waiving any defenses described or referred to in Rule 12 F.R.C.P., move the Court to extend the time within which Defendants are required to move, answer or otherwise respond to Plaintiff's Complaint. In support of their Motion, Defendants state as follows:

1. On October 17, 2023, Plaintiff filed its Complaint alleging patent infringement against Samsung Electronics Company, Ltd., and Samsung Electronics America, Inc.

2. On October 20, 2023, Defendant Samsung Electronics America, Inc. was served with Plaintiff's Complaint. Samsung Electronics Company, Ltd. has not yet been served.

3. Counsel for Defendants has agreed to waive service under the Hague Convention for Samsung Electronics Company, Ltd., a foreign entity, in exchange for a 90-day extension of time for all defendants to answer or otherwise plead by February 8, 2024.

4. Defendants' agreement with Plaintiff should not be construed as a waiver of any other rights or defenses, including, for instance, Defendants' right to file counterclaims, affirmative defenses, or to otherwise challenge the validity of the subject patents.

WHEREFORE, Defendants Samsung Electronics Company, Ltd. and Samsung Electronics America, Inc. respectfully request that the time in which they are required to move, answer or otherwise respond to Plaintiff's Complaint be extended up to and including February 8, 2024.

Dated: October 31, 2023                                   Respectfully submitted,

                                                           */s/ Melissa R. Smith*
                                                          Melissa R. Smith
                                                          State Bar No. 24001351
                                                          GILLAM & SMITH, LLP
                                                          303 South Washington Avenue
                                                          Marshall, Texas 75670
                                                          Telephone: (903) 934-8450
                                                          Facsimile: (903) 934-9257
                                                          Email:  melissa@gillamsmithlaw.com

                                                          *Attorney for Defendants*
                                                          *Samsung Electronics Company, Ltd. and*
                                                          *Samsung Electronics America, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 31st day of October 2023.

                                                    */s/ Melissa R. Smith*
                                                    Melissa R. Smith

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Defendants met and conferred with counsel for Plaintiff. Counsel for Plaintiff indicated that it is unopposed to this motion.

                                                    */s/ Melissa R. Smith*
                                                    Melissa R. Smith