IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC, § <br> § <br> *Plaintiff*, § <br> § <br> v. §    CIVIL ACTION NO. 2:23-CV-00485-JRG <br> § <br> SAMSUNG ELECTRONICS CO., LTD., § <br> and SAMSUNG ELECTRONICS § <br> AMERICA, INC., § <br> § <br> *Defendants*. § | |

### ORDER

Before the Court is the Unopposed Motion for Extension of Time to Move, Answer or Otherwise Respond to Plaintiff's Complaint and Waiver of Foreign Service Requirement (the "Motion") filed by Defendants Samsung Electronics Company, Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung"). (Dkt. No. 10.) In the Motion, Samsung requests that the deadline for it to move, answer or otherwise respond to Plaintiff's complaint be extended up to and including February 8, 2024. (*Id.* at 2.) Samsung Electronics Company, Ltd. also notes that it waives service without waiving any other rights or defenses. (*Id.* at 1.) The Motion is unopposed. (*Id.* at 3.)

Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the Court **ORDERS** that the deadline for Samsung to move, answer, or otherwise respond to Plaintiff's complaint is **extended** up to and including February 8, 2024.

It is further **ORDERED** that service of process for Samsung Electronics Co. Ltd. has been **waived**.

## So Ordered this

**Nov 2, 2023**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE

Case 2:23-cv-00485-JRG   Document 11   Filed 11/02/23   Page 3 of 3 PageID #: 89