AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | | |
|---|---|---|
| REDSTONE LOGICS LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  2:23-cv-0485-JRG |
| SAMSUNG ELECTRONICS CO., LTD; and SAMSUNG ELECTRONICS AMERICA, INC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

SAMSUNG ELECTRONICS CO., LTD; and SAMSUNG ELECTRONICS AMERICA, INC.    .

Date:    02/01/2024

/s/ Ali Mojibi
*Attorney's signature*

Ali Mojibi CA Bar No. 265332
*Printed name and bar number*

Covington & Burling LLP
1999 Avenue of the Stars,
Los Angeles, CA 90067

*Address*

amojibi@cov.com
*E-mail address*

(424) 332-4803
*Telephone number*

(424) 332-4749
*FAX number*