AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

| | | |
|---|---|---|
| REDSTONE LOGICS LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   2:23-cv-0485-JRG |
| SAMSUNG ELECTRONICS CO., LTD; and SAMSUNG ELECTRONICS AMERICA, INC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

SAMSUNG ELECTRONICS CO., LTD; and SAMSUNG ELECTRONICS AMERICA, INC.                  .

Date:      02/02/2024

/s/ Richard L. Rainey
*Attorney's signature*

Richard L. Rainey DC Bar No. 452996
*Printed name and bar number*

Covington & Burling LLP
One CityCenter 850 Tenth Street NW
Washington, DC 20001
*Address*

RRainey@cov.com
*E-mail address*

(202) 662-5565
*Telephone number*

(202) 778-5565
*FAX number*