AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| REDSTONE LOGISTICS LLC ) <br> *Plaintiff* ) <br> v. ) <br> SAMSUNG ELECTRONICS CO., LTD.; and SAMSUNG ELECTRONICS AMERICA, INC. ) <br> *Defendant* ) | Case No.   2:23-cv-0485-JRG |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

SAMSUNG ELECTRONICS CO., LTD.; and SAMSUNG ELECTRONICS AMERICA, INC.

Date: 2/05/2024

*Attorney's signature*

Brian Bieluch
*Printed name and bar number*

Covington & Burling LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067
*Address*

bbieluch@cov.com
*E-mail address*

(424) 332-4798
*Telephone number*

(424) 332-4749
*FAX number*