# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD.<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>    Defendants. | **Civil Action No. 2:23-cv-00485**<br><br>**JURY TRIAL DEMANDED** |

## JURY DEMAND

In accordance with Rule 38(b) of the Federal Rules of Civil Procedure, Defendants Samsung Electronics Company, Ltd. and Samsung Electronics America, Inc., hereby respectfully demand a jury trial on all issues so triable.

Dated: February 8, 2024

Respectfully submitted,

  */s/ Melissa R. Smith*
Melissa R. Smith
GILLAM & SMITH LLP
303 S. Washington Ave.
Marshall, TX 75670
(903) 934-8450
melissa@gillamsmithlaw.com

Richard L. Rainey
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
(202) 662-6000
rrainey@cov.com

1

2

*Attorneys for Defendants*
*Samsung Electronics Co., Ltd. and*
*Samsung Electronics America, Inc.*

### **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 8th day of February 2024.

    */s/  Melissa R. Smith*
    Melissa R. Smith