IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD.<br>SAMSUNG ELECTRONICS AMERICA,<br>INC.,<br><br>    Defendants. | **Civil Action No. 2:23-cv-00485**<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANTS SAMSUNG ELECTRONICS CO., LTD.'S AND SAMSUNG
ELECTRONICS AMERICA, INC.'S CORPORATE DISCLOSURE STATEMENT**

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Samsung Electronics Co., Ltd. ("SEC") and Samsung Electronics America, Inc. ("SEA"), by and through their undersigned counsel, state as follows:

    1.    SEC has no parent corporation and no publicly held corporation owns 10% or more of SEC's stock.

    2.    SEA is a wholly-owned subsidiary of SEC. No other publicly held corporation owns 10% or more of SEA's stock.

Dated:  February 8, 2024　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Melissa R. Smith

　　　　　　　　　　　　　　　　　　　　Melissa R. Smith
　　　　　　　　　　　　　　　　　　　　GILLAM & SMITH LLP
　　　　　　　　　　　　　　　　　　　　303 S. Washington Ave.
　　　　　　　　　　　　　　　　　　　　Marshall, TX 75670
　　　　　　　　　　　　　　　　　　　　(903) 934-8450
　　　　　　　　　　　　　　　　　　　　melissa@gillamsmithlaw.com

　　　　　　　　　　　　　　　　　　　　Richard L. Rainey
　　　　　　　　　　　　　　　　　　　　COVINGTON & BURLING LLP
　　　　　　　　　　　　　　　　　　　　One CityCenter
　　　　　　　　　　　　　　　　　　　　850 Tenth Street, NW
　　　　　　　　　　　　　　　　　　　　Washington, DC 20001-4956
　　　　　　　　　　　　　　　　　　　　(202) 662-6000
　　　　　　　　　　　　　　　　　　　　rrainey@cov.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 8th day of February 2024.

　　　　　　　　　　　　　　　　　　　　 /s/  Melissa R. Smith
　　　　　　　　　　　　　　　　　　　　Melissa R. Smith