IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD.<br>SAMSUNG ELECTRONICS AMERICA,<br>INC.,<br><br>    Defendants. | **Civil Action No. 2:23-cv-00485** |

**PLAINTIFF REDSTONE LOGICS LLC'S UNOPPOSED MOTION
TO AMEND THE SCHEDULING ORDER**

    Plaintiff Redstone Logics LLC ("Redstone") moves to amend the Scheduling Order (Dkt. 18) entered by the Court on February 14, 2024. Due to a docketing error, Redstone was unable to comply with P.R. 3-1 & 3-2 and serve its infringement contentions by the March 11, 2024 deadline set forth in the Court's Scheduling Order. Redstone respectfully requests an additional two weeks to comply with this deadline and further agrees to move certain deadlines following this deadline as set forth below.

    Defendants Samsung Electronics Co., Ltd. ("SEC") and Samsung Electronics America, Inc. ("SEA") (collectively, "Samsung") do not oppose granting Redstone the relief requested, with certain deadlines following the deadline for which Redstone has requested an extension likewise being moved.

    Redstone thus requests, and Samsung does not oppose, the entry of the following amendment to the Court's Scheduling Order, Dkt. 18:

| Activity | Current Deadline | Proposed Deadline |
|---|---|---|
| Comply with P.R. 3-1 & 3-2 (Infringement Contentions) | 3/11/24 | 3/25/24 |
| Join Additional Parties | 4/1/24 | No Change |
| *File Proposed Docket Control Order and Proposed Discovery Order<br><br>The Proposed Docket Control Order and Proposed Discovery Order shall be filed as separate motions with the caption indicating whether or not the proposed order is opposed in any part. | 4/8/24 | No Change |
| *File Proposed Protective Order<br><br>The Proposed Protective Order shall be filed as a separate motion with the caption indicating whether or not the proposed order is opposed in any part. | 4/15/24 | No Change |
| *Comply with Paragraphs 1 & 3 of the Discovery Order (Initial and Additional Disclosures) | 4/15/24 | 4/29/24 |
| Comply with P.R. 3-3 & 3-4 (Invalidity Contentions) | 5/6/24 | 6/3/24 |
| Comply with Standing Order Regarding Subject-Matter Eligibility Contentions | 5/6/24 | 6/3/24 |

The above proposed amendments would seek to move deadlines potentially impacted by the amended deadline for Redstone to comply with P.R. 3-1 & 3-2 and include moving one deadline for which good cause must be shown—the deadline for the parties to comply with Paragraphs 1 & 3 of the Discovery Order (Initial and Additional Disclosures). Redstone respectfully submits that good cause exists for moving the deadlines identified above in order to correct the aforementioned docketing error. These dates will not impact the date of the Scheduling Conference (March 25, 2024).

Dated: March 15, 2024                                    /s/ *Reza Mirzaie*

RUSS AUGUST & KABAT
Reza Mirzaie, SBN 246953
Email: rmirzaie@raklaw.com
Marc A. Fenster, SBN 181067
Email: mfenster@raklaw.com
Neil A. Rubin, SBN 250761
Email: nrubin@raklaw.com
Christian W. Conkle, SBN 306374
Email: cconkle@raklaw.com
Jonathan Ma, SBN 312773
Email: jma@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991
Attorneys for Plaintiff Redstone Logics LL

## CERTIFICATE OF SERVICE

I certify that counsel of record who are deemed to have consented to electronic service are being served today, March 15, 2024, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Reza Mirzaie