IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD.<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>    Defendants. | **Civil Action No. 2:23-cv-00485** |

## ORDER GRANTING UNOPPOSED MOTION TO AMEND THE SCHEDULING ORDER

Before the Court is Redstone's Unopposed Motion to Amend the Scheduling Order. The Court, having considered the motion, and for good cause shown, finds that the motion should be **GRANTED**.

**IT IS HEREBY ORDERED** that the following amendments to the Court's Scheduling Order, Dkt. 18, be entered:

| Activity | Former Deadline | New Deadline |
|---|---|---|
| Comply with P.R. 3-1 & 3-2 (Infringement Contentions) | 3/11/24 | 3/25/24 |
| Join Additional Parties | 4/1/24 | No Change |
| *File Proposed Docket Control Order and Proposed Discovery Order<br><br>The Proposed Docket Control Order and Proposed Discovery Order shall be filed as separate motions with the caption indicating whether or not the proposed order is opposed in any part. | 4/8/24 | No Change |
| *File Proposed Protective Order<br><br>The Proposed Protective Order shall be filed as a separate motion with the caption indicating | 4/15/24 | No Change |

| Activity | Former Deadline | New Deadline |
|---|---|---|
| whether or not the proposed order is opposed in any part. | | |
| *Comply with Paragraphs 1 & 3 of the Discovery Order (Initial and Additional Disclosures) | 4/15/24 | 4/29/24 |
| Comply with P.R. 3-3 & 3-4 (Invalidity Contentions) | 5/6/24 | 6/3/24 |
| Comply with Standing Order Regarding Subject-Matter Eligibility Contentions | 5/6/24 | 6/3/24 |