IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC, | § |
| *Plaintiff*, | § § § |
| v. | §  CIVIL CASE NO. 2:23-CV-00485-JRG |
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., | § § § |
| *Defendants*. | § § |

## ORDER

Before the Court are the Joint Motions to Amend Docket Control Order (the "Motions"). (Dkt. No. 21; Dkt. No. 22.) Accordingly, the Court finds that the Motions should be and hereby are **DENIED**.

**So ORDERED and SIGNED this 26th day of March, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE