# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC<br><br>*Plaintiff,*<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Case No. 2:23-cv-00485<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO AMEND SCHEDULING ORDER

Plaintiff Redstone Logics LLC and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc., hereafter referred to as "the Parties," respectfully file this Joint Motion to Amend the Scheduling Order (Dkt. No. 26) and would show the Court as follows:

The current deadline for the Parties to file the Proposed Protective Order is April 15, 2024. At this time, the Parties request a brief extension of this deadline up to and including April 22, 2024. No other deadlines will be affected by this amendment to the Scheduling Order.

The Parties represent that this Motion is not filed for the purposes of delay but rather so that justice may be served. Good cause exists for the parties to use the time to finalize the language, secure client approval, and narrow or eliminate disputes and submit a more streamlined proposal for any remaining issues requiring the Court's attention. The Parties have met and conferred and are jointly seeking the relief sought in this Motion.

Accordingly, the Parties respectfully request that the Court grant this Joint Motion to Amend the Scheduling Order (Dkt. No. 26) as follows:

1

| Original Date | Amended Date | Event |
|---|---|---|
| April 15, 2024 (3 Weeks After Scheduling Conference) | **April 22, 2024** | File Proposed Protective Order |

Dated: April 15, 2024                                                                 Respectfully submitted,


*/s/ Richard L. Rainey*  
Richard L. Rainey  
COVINGTON & BURLING LLP  
One CityCenter  
850 Tenth Street, NW  
Washington, DC 20001-4956  
(202) 662-6000  
rrainey@cov.com  

Melissa R. Smith  
GILLAM & SMITH LLP  
303 S. Washington Ave.  
Marshall, TX 75670  
(903) 934-8450  
melissa@gillamsmithlaw.com  

***ATTORNEYS FOR DEFENDANTS SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC.***

*/s/ Reza Mirzaie*  
Reza Mirzaie  
CA State Bar No. 246953  
Marc A. Fenster  
CA State Bar No. 181067  
Neil A. Rubin  
CA State Bar No. 250761  
Christian W. Conkle  
CA State Bar No. 306374  
Jonathan Ma  
CA State Bar No. 312773  
RUSS AUGUST & KABAT  
12424 Wilshire Boulevard, 12th Floor  
Los Angeles, CA  90025  
Telephone: 310-826-7474  
Email: rmirzaie@raklaw.com  
Email: mfenster@raklaw.com  
Email: nrubin@raklaw.com  
Email: cconkle@raklaw.com  
Email: jma@raklaw.com  

Qi (Peter) Tong  
TX State Bar No. 24119042  
RUSS AUGUST & KABAT  
4925 Greenville Ave, Suite 200  
Dallas, TX 75206  
Telephone: 310-826-7474  
Email: ptong@raklaw.com  

***ATTORNEYS FOR PLAINTIFF, REDSTONE LOGICS, LLC.***

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 15th day of April 2024, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Reza Mirzaie*
Reza Mirzaie

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel complied with the requirements of Eastern District of Texas Local Rule CV-7(h).  The parties are in agreement on filing this Joint Motion.

>*/s/ Reza Mirzaie*
>Reza Mirzaie