# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL CASE NO. 2:23-CV-00485-JRG |
| § | |
| SAMSUNG ELECTRONICS CO., LTD. and § | |
| SAMSUNG ELECTRONICS AMERICA, INC., § | |
| § | |
| *Defendants*. § | |

## ORDER

Before the Court is the Joint Motion to Amend Docket Control Order (the "Motion"). (Dkt. No. 28.) The revised Docket Control Order does not conform to the format shown in the Court's Sample Docket Control Order for Patent Case and the Docket Control Order for this case (Dkt. No. 26.) Accordingly, the Court finds that the Motion should be and hereby is **DENIED**. The Parties are ordered to jointly submit a revised Docket Control Order that conforms to the format shown in the Docket Control Order (Dkt. No. 26) within three (3) business days.

**So ORDERED and SIGNED this 17th day of April, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE