# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC<br><br>*Plaintiff,*<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Case No. 2:23-cv-00485<br><br>**JURY TRIAL DEMANDED** |

## CORRECTED JOINT MOTION TO AMEND SCHEDULING ORDER

Plaintiff Redstone Logics LLC and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc., hereafter referred to as "the Parties," respectfully file this Joint Motion to Amend the Scheduling Order (Dkt. No. 26) and would show the Court as follows:

The current deadline for the Parties to file the Proposed Protective Order was April 15, 2024. The Parties requested a brief extension of this deadline up to and including April 22, 2024. The Court denied the request due to the formatting in the proposed order and ordered the Parties to file a motion and proposed order with corrected formatting. Dkt. No. 28. The Parties now submit this corrected Joint Motion and corrected Proposed Order. No other deadlines will be affected by this amendment to the Scheduling Order.

Accordingly, the Parties respectfully request that the Court grant this Joint Motion to Amend the Scheduling Order (Dkt. No. 26) as follows:

1

| Amended Date | Previous Date | Event |
|---|---|---|
| April 22, 2024 | April 15, 2024 | *File Proposed Protective Order <br><br> The Proposed Protective Order shall be filed as a separate motion with the caption indicating whether or not the proposed order is opposed in any part. |

The Parties represent that this Motion is not filed for the purposes of delay but rather so that justice may be served. Good cause exists for the parties to use the time to finalize the language, secure client approval, and narrow or eliminate disputes and submit a more streamlined proposal for any remaining issues requiring the Court's attention. The Parties have met and conferred and are jointly seeking the relief sought in this Motion.

Dated: April 19, 2024                                                     Respectfully submitted,

/s/ Richard L. Rainey                                             /s/ Reza Mirzaie
Richard L. Rainey                                                 Reza Mirzaie
Ali Mojibi Yazdi                                                  CA State Bar No. 246953
Brian Bieluch                                                     Marc A. Fenster
COVINGTON & BURLING LLP                                           CA State Bar No. 181067
One CityCenter                                                    Neil A. Rubin
850 Tenth Street, NW                                              CA State Bar No. 250761
Washington, DC 20001-4956                                         Christian W. Conkle
(202) 662-6000                                                    CA State Bar No. 306374
rrainey@cov.com                                                   Jonathan Ma
                                                                  CA State Bar No. 312773
Melissa R. Smith                                                  RUSS AUGUST & KABAT
Tom Gorham                                                        12424 Wilshire Boulevard, 12th Floor
GILLAM & SMITH LLP                                                Los Angeles, CA  90025
303 S. Washington Ave.                                            Telephone: 310-826-7474
Marshall, TX 75670                                                Email: rmirzaie@raklaw.com
(903) 934-8450                                                    Email: mfenster@raklaw.com
melissa@gillamsmithlaw.com                                        Email: nrubin@raklaw.com
                                                                  Email: cconkle@raklaw.com
**ATTORNEYS FOR DEFENDANTS**                                      Email: jma@raklaw.com
**SAMSUNG ELECTRONICS CO.,**
**LTD. AND SAMSUNG**                                              Qi (Peter) Tong
**ELECTRONICS AMERICA, INC.**                                     TX State Bar No. 24119042
                                                                  RUSS AUGUST & KABAT
                                                                  4925 Greenville Ave, Suite 200
                                                                  Dallas, TX 75206
                                                                  Telephone: 310-826-7474
                                                                  Email: ptong@raklaw.com

                                                                  **ATTORNEYS FOR PLAINTIFF,**
                                                                  **REDSTONE LOGICS, LLC.**

3

**CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 19th day of April 2024, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                              */s/ Reza Mirzaie*
                                              Reza Mirzaie

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel complied with the requirements of Eastern District of Texas Local Rule CV-7(h).  The parties are in agreement on filing this Joint Motion.

*/s/ Reza Mirzaie*
Reza Mirzaie