**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| REDSTONE LOGICS LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA,<br>INC.<br><br>　　　　Defendants. | Civil Action No.: 2:23-CV-00485-JRG<br><br>**JURY TRIAL DEMANDED** |

**UNOPPOSED MOTION TO AMEND DOCKET CONTROL ORDER**

Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. ("Samsung") respectfully file this Unopposed Motion to Amend Docket Control Order and would show the Court as follows:

Under the Court's First Amended Docket Control Order (Dkt. No. 33), the current deadline for Samsung to serve their Invalidity Contentions pursuant to P.R. 3-3 and 3-4—including the corresponding technical documents—is June 3, 2024. At this time, Samsung requests a brief two-week extension up to and including June 17, 2024, to serve their Invalidity Contentions pursuant to P.R. 3-3 and 3-4—including the corresponding technical documents.

Samsung represents that the extension of the above-referenced deadline is not sought for the purposes of delay but rather so that justice may be served. Counsel for Samsung met and conferred with counsel for Plaintiff Redstone Logics LLC ("Plaintiff"), and counsel for Plaintiff indicated that Plaintiff is unopposed to the relief sought in this Motion.

Accordingly, Samsung respectfully requests that the Court grant this Unopposed Motion and extend the deadline for Samsung to serve their Invalidity Contentions to P.R. 3-3 and 3-4—

1

including the corresponding technical documents—from June 3, 2024, up to and including June 17, 2024.

Dated: May 22, 2024                               Respectfully submitted,

                                                                  */s/ Melissa R. Smith*
                                               _____
                                               Melissa R. Smith
                                               Texas Bar No. 24001351
                                               **GILLAM & SMITH, LLP**
                                               303 South Washington Avenue
                                               Marshall, Texas 75670
                                               Telephone: (903) 934-8450
                                               Facsimile:  (903) 934-9257
                                               Email: melissa@gillamsmithlaw.com

                                               Andrew T. ("Tom") Gorham
                                               Texas Bar No. 24012715
                                               **GILLAM & SMITH, LLP**
                                               102 North College Avenue, Suite 800
                                               Tyler, Texas 75702
                                               Telephone: (903) 934-8450
                                               Facsimile:  (903) 934-9257
                                               Email: tom@gillamsmithlaw.com

                                               Richard L. Rainey
                                               Ali Mojibi Yazdi
                                               Brian Bieluch
                                               **COVINGTON & BURLING LLP**
                                               One City Center
                                               850 Tenth Street, NW
                                               Washington, D.C. 20001-4956
                                               Telephone: (202) 662-6000
                                               Email: rrainey@cov.com
                                               Email: amojibi@cov.com
                                               Email: bbieluch@cov.com

                                               *Attorneys for Defendants*
                                               *Samsung Electronics Co., Ltd. and*
                                               *Samsung Electronics America, Inc.*

**CERTIFICATE OF CONFERENCE**

The undersigned counsel hereby certifies that counsel for Samsung met and conferred with counsel for Plaintiff to discuss the substantive relief sought in this Motion pursuant to Local Rule CV-7(h).  Counsel for Plaintiff indicated that Plaintiff is unopposed to the relief sought in this Motion.

*/s/ Melissa R. Smith*
Melissa R. Smith

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that a true and correct copy of the above and foregoing document has been served via the Court's CM/ECF system per Local Rule CV-5(a)(3) upon all counsel of record on May 22, 2024.

*/s/ Melissa R. Smith*
Melissa R. Smith