IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC<br><br>     Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO. LTD., and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>     Defendants. | Civil Action No. 2:23-cv-00485-JRG |

## NOTICE OF COMPLIANCE

Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc hereby notify the Court that pursuant to the Court's May 30, 2024, Second Amended Docket Control Order [Dkt. No.35] they have served their Invalidity Contentions on counsel for Plaintiff *via* electronic mail on June 17, 2024.

Dated: June 20, 2024

Respectfully submitted,

 */s/ Melissa R. Smith*
_____
Melissa R. Smith
Texas Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile:  (903) 934-9257
Email: melissa@gillamsmithlaw.com

Andrew T. ("Tom") Gorham
Texas Bar No. 24012715
**GILLAM & SMITH, LLP**
102 North College Avenue, Suite 800
Tyler, Texas 75702
Telephone: (903) 934-8450

1

Facsimile:  (903) 934-9257
Email: tom@gillamsmithlaw.com

Richard L. Rainey
Ali Mojibi Yazdi
Brian Bieluch
**COVINGTON & BURLING LLP**
One City Center
850 Tenth Street, NW
Washington, D.C. 20001-4956
Telephone: (202) 662-6000
Email: rrainey@cov.com
Email: amojibi@cov.com
Email: bbieluch@cov.com

*Attorneys for Defendants*
*Samsung Electronics Co., Ltd. and*
*Samsung Electronics America, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that a true and correct copy of the above and foregoing document has been served via the Court's CM/ECF system per Local Rule CV-5(a)(3) upon all counsel of record on June 20, 2024.

                          */s/ Melissa R. Smith*
                          Melissa R. Smith