# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC<br><br>*Plaintiff,*<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Case No. 2:23-cv-00485<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF RESOLUTION**

Plaintiff Redstone Logics LLC and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. hereby file this Joint Motion to Stay All Deadlines. The parties have reached an agreement in principle on all matters in controversy and request that the Court stay the remaining case deadlines for 30 days, so that the parties may finalize the resolution agreement and prepare the appropriate dismissal papers for the Court.

Dated: September 3, 2024

Respectfully submitted,

*/s/ Ali Mojibi Yazdi*
Richard L. Rainey
Ali Mojibi Yazdi
Brian Bieluch
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
(202) 662-6000
rrainey@cov.com

Melissa R. Smith
Tom Gorham
GILLAM & SMITH LLP
303 S. Washington Ave.
Marshall, TX 75670
(903) 934-8450
melissa@gillamsmithlaw.com

**ATTORNEYS FOR DEFENDANTS SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC.**

*/s/ Reza Mirzaie*
Reza Mirzaie
CA State Bar No. 246953
Marc A. Fenster
CA State Bar No. 181067
Neil A. Rubin
CA State Bar No. 250761
Christian W. Conkle
CA State Bar No. 306374
Jonathan Ma
CA State Bar No. 312773
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA  90025
Telephone: 310-826-7474
Email: rmirzaie@raklaw.com
Email: mfenster@raklaw.com
Email: nrubin@raklaw.com
Email: cconkle@raklaw.com
Email: jma@raklaw.com

Qi (Peter) Tong
TX State Bar No. 24119042
RUSS AUGUST & KABAT
4925 Greenville Ave, Suite 200
Dallas, TX 75206
Telephone: 310-826-7474
Email: ptong@raklaw.com

**ATTORNEYS FOR PLAINTIFF, REDSTONE LOGICS, LLC.**

1

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served on September 3, 2024 with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Reza Mirzaie*
Reza Mirzaie

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies pursuant to Local Rule CV-7(h) that the relief requested in this motion is jointly sought.

*/s/ Reza Mirzaie*
Reza Mirzaie