**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| REDSTONE LOGICS LLC<br><br>*Plaintiff,*<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Case No. 2:23-cv-00485<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES**

Before the Court is the Joint Motion to Stay All Deadlines and Notice of Resolution filed by Plaintiff Redstone Logics LLC; Defendants Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc. After considering the Motion and finding good cause existing for granting the Motion, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the deadlines in these cases are hereby stayed for 30 days.

IT IS SO ORDERED.