# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> SAMSUNG ELECTRONICS CO., LTD § <br> AND SAMSUNG ELECTRONICS § <br> AMERICA, INC., § <br> § <br> *Defendants*. § | CIVIL ACTION NO. 2:23-CV-00485-JRG |

## ORDER

Before the Court is the Joint Motion to Stay Case (the "Motion") filed by Plaintiff Redstone Logics LLC and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (the "Parties") (Dkt. No. 23). In the Motion, the parties represent that they have reached an agreement in principle and are preparing a settlement agreement. (*Id*. at 1.) The parties request a stay of thirty (30) days. (*Id*.)

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all deadlines in the above-captioned case are **STAYED** for thirty (30) days, up to and including October 4, 2024, during which time appropriate dismissal papers are to be filed with the Court.

**So ORDERED and SIGNED this 4th day of September, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE