IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| REDSTONE LOGICS LLC, | § | |
| | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | CIVIL ACTION NO. 2:23-CV-00485-JRG |
| v. | § | |
| | § | |
| SAMSUNG ELECTRONICS CO., LTD., | § | |
| SAMSUNG ELECTRONICS AMERICA, | § | |
| INC., | § | |
| | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Before the Court is the Joint Motion to Dismiss with Prejudice (the "Motion") filed by Plaintiff Redstone Logics LLC ("Plaintiff") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. ("Defendants") (collectively, the "Parties"). (Dkt. No. 40.) In the Motion, the Parties announce that they have settled their respective claims for relief and defenses asserted in this litigation. (*Id.* at 1.) Accordingly, the Parties request that Plaintiff's claims for relief against Defendants be dismissed with prejudice and that Defendants' claims for relief against Plaintiff be dismissed without prejudice.  (*Id.*)

Having considered the Motion, and noting its joint nature, the Court finds that the same should be and hereby is **GRANTED**.  Accordingly, it is **ORDERED** that Plaintiff's claims for relief against Defendants in the above-captioned case be **DISMISSED WITH PREJUDICE** and that Defendants' claims for relief against Plaintiff in the above-captioned case be **DISMISSED WITHOUT PREJUDICE**.   The parties are to bear their own costs and attorneys' fees.  All pending requests for relief in this case not expressly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** this case.

**So ORDERED and SIGNED this 9th day of October, 2024.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE